# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Vincent et al.

    Plaintiff(s)

v.   J N Z Enterprises, Inc., et al

    Defendant(s)

Case No. 15 cv 50200
Judge Philip G. Reinhard

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐    in favor of plaintiff(s)
     and against defendant(s)
     in the amount of $       ,

        which ☐ includes     pre–judgment interest.

        ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐    in favor of defendant(s)
     and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒    other: Judgment of dismissal with prejudice is entered.

This action was *(check one)*:

☐ tried by a jury with Judge     presiding, and the jury has rendered a verdict.

☐ tried by Judge       without a jury and the above decision was reached. ☒ decided by Judge Philip G. Reinhard on May 2, 2016.

Date:    4/29/2016               Thomas G. Bruton, Clerk of Court

                                           /s/ Jaclyn Pieczkiewicz, Deputy Clerk